IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.   06-403 JJF |
| SIEMENS AG, SIEMENS CORPORATION, ) BENQ CORPORATION, BENQ AMERICA ) CORPORATION, BENQ MOBILE GMBH & ) CO., AUDIOVOX COMMUNICATIONS ) CORPORATION, AUDIOVOX ELECTRONICS ) CORPORATION, UTSTARCOM, INC., SPRINT ) NEXTEL CORPORATION, CINGULAR ) WIRELESS L.L.C., CINGULAR WIRELESS ) CORPORATION, NEW CINGULAR WIRELESS ) SERVICES, INC., VERIZON ) COMMUNICATIONS INC., VODAFONE ) GROUP PLC, and CELLCO PARTNERSHIP, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## AMENDED EXPEDITED MOTION
## FOR APPOINTMENT OF A SPECIAL PROCESS SERVER

Plaintiff, by its attorney, Patricia P. McGonigle, hereby makes application to the Court for the appointment of APS International, Ltd. as special process server for the service of the Summons and First Amended Complaint in the above captioned case upon the following foreign Defendants:

Siemens AG
Wittelsbacherplatz 2
Munich D-80333
Federal Republic of Germany
I9 00000

Vodafone Group, Plc
Vodafone House
The Connection
Newbury RG14 2FN, England

BenQ Mobile GmbH & Co.
Haidenauplatz 1
D-81667
Munich, Federal Republic of Germany

56329 v1

Counsel represents to the Court that effort has been undertaken to secure waivers of service of process. However, to date, waivers have not been secured. Accordingly, prior to the expiration of the 120-day period set forth in Fed. R. Civ. P. 4(m), Plaintiff seeks the appointment of a special process server to effect service upon the above identified foreign defendants.

WHEREFORE, Plaintiff St. Clair Intellectual Property Consultants, Inc. hereby requests the Court enter an Order in form attached hereto appointing a special process server.

**SEITZ, VAN OGTROP & GREEN, P.A.**

BY:  /s/ Patricia P. McGonigle
GEORGE H. SEITZ, III, ID #667
gseitz@svglaw.com
PATRICIA P. MCGONIGLE, ID #3126
pmcgonigle@svglaw.com
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE  19899
(302) 888-0600
Attorneys for St. Clair Intellectual
Property Consultants, Inc.

Date:  October 16, 2006

56329 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP,<br><br>Defendants. | Civil Action No.   06-403 JJF<br><br>**JURY TRIAL DEMANDED** |

## ORDER APPOINTING SPECIAL PROCESS SERVER

This _____ day of _____, 2006, upon Motion of Plaintiff, it appearing that the appointment of special process server is warranted in this action;

It is ORDERED that APS International, Ltd. is hereby appointed special process server for the purpose of serving Plaintiff's Summons and First Amended Complaint upon Defendants in accordance with the Hague Convention and international law as follows:

Siemens AG
Wittelsbacherplatz 2
Munich D-80333
Federal Republic of Germany
I9 00000

BenQ Mobile GmbH & Co.
Haidenauplatz 1
D-81667
Munich, Federal Republic of Germany

Vodafone Group, Plc
Vodafone House
The Connection
Newbury RG14 2FN, England

DATED: _____    _____
                                United States District Court Judge

56331 v1