IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  06-403 JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | | |

## **PRAECIPE**

**PLEASE** issue a Writ of Alias Summons for service of the First Amended Complaint and Alias Summons on the Defendants as follows:

Siemens AG
Wittelsbacherplatz 2
Munich D-80333
Federal Republic of Germany
I9 00000

Vodafone Group, Plc
Vodafone House
The Connection
Newbury RG14 2FN, England

BenQ Mobile GmbH & Co.
Haidenauplatz 1
D-81667
Munich, Federal Republic of Germany

56329 v1

                                      **SEITZ, VAN OGTROP & GREEN, P.A.**

                  BY:    <u>/s/ Patricia P. McGonigle</u>
                          GEORGE H. SEITZ, III, ID #667
                          gseitz@svglaw.com
                          PATRICIA P. MCGONIGLE, ID #3126
                          pmcgonigle@svglaw.com
                          222 Delaware Avenue
                          Suite 1500
                          P.O. Box 68
                          Wilmington, DE  19899
                          (302) 888-0600
                          Attorneys for St. Clair Intellectual
                          Property Consultants, Inc.

Date:  October 17, 2006

56329 v1