IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY<br>CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, BENQ<br>CORPORATION, BENQ AMERICA<br>CORPORATION, BENQ MOBILE GMBH & CO.,<br>AUDIOVOX COMMUNICATIONS<br>CORPORATION, AUDIOVOX ELECTRONICS<br>CORPORATION, UTSTARCOM, INC., SPRINT<br>NEXTEL CORPORATION, CINGULAR WIRELESS<br>L.L.C., CINGULAR WIRELESS CORPORATION,<br>NEW CINGULAR WIRELESS SERVICES, INC.,<br>VERIZON COMMUNICATIONS INC., VODAFONE<br>GROUP PLC, and CELLCO PARTNERSHIP,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  06-403 JJF<br><br>**JURY TRIAL DEMANDED** |

## ORDER APPOINTING SPECIAL PROCESS SERVER

This 17 day of OCTOBER 2006, upon Motion of Plaintiff, it appearing that the

appointment of special process server is warranted in this action;

It is ORDERED that APS International, Ltd. is hereby appointed special process server

for the purpose of serving Plaintiff's Summons and First Amended Complaint upon Defendants in

accordance with the Hague Convention and international law as follows:

Siemens AG
Wittelsbacherplatz 2
Munich D-80333
Federal Republic of Germany
I9 00000

Vodafone Group, Plc
Vodafone House
The Connection
Newbury RG14 2FN, England

BenQ Mobile GmbH & Co.
Haidenauplatz 1
D-81667
Munich, Federal Republic of Germany

DATED: October 17 2006

_____
United States District Court Judge

56331 v1