IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-403-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

**WHEREAS**, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Audiovox Communications Corporation and Audiovox Electronics Corporation (collectively, "Audiovox") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Audiovox has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended

MP3 20196775.1

Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

**WHEREAS**, in exchange for Audiovox's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Audiovox's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

**NOW, THEREFORE**, in accordance with Audiovox's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Audiovox as of October 23, 2006.

Dated: Oct. 17, 2006        By: _____
                                ATTORNEY FOR AUDIOVOX
                                COMMUNICATIONS CORPORATION and
                                AUDIOVOX ELECTRONICS
                                CORPORATION

Dated: 10-20, 2006          By: _____
                                Patricica P. McGonigle, Esquire (DE #3126)
                                Seitz, Van Ogtrop & Green, P.A.
                                222 Delaware Avenue, Suite 1500
                                Wilmington, DE 19899
                                (302) 888-0600 (Telephone)
                                Attorneys for St. Clair Intellectual
                                Property Consultants, Inc.

MP3 20196775.1