## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

**WHEREAS**, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Siemens Corporation ("Siemens") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Siemens has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended

MP3 20197205.1

Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

WHEREAS, in exchange for Siemens' waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint, Siemens' acceptance of service, and the representations and stipulations below, St. Clair will seek to stay the above-captioned case until such time as any party moves this Court to lift the stay; and

WHEREAS, Siemens has represented to St. Clair that Siemens Communications, Inc., a subsidiary of Siemens Corporation, is the proper Siemens party to this action; and

WHEREAS, the undersigned attorney has authority to accept service and to enter into stipulations on behalf of Siemens Corporation and Siemens Communications, Inc.; and

WHEREAS, the notice requirements of 35 U.S.C. § 287 have been by June 26, 2006, the date of St. Clair's original Complaint, for Siemens Communications, Inc.; and

WHEREAS, if this action is not stayed or is stayed and the stay is later lifted, St. Clair will further amend its First Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and/or 21 to add Siemens Communications, Inc. as a party and dismiss Siemens Corporation; and

WHEREAS, the dismissal referenced above of Siemens Corporation will be without prejudice; and

WHEREAS, Siemens Communications, Inc. will not bring a declaratory judgment action against St. Clair; and

WHEREAS, Siemens Communications, Inc. will not oppose St. Clair's amendment of the First Amended Complaint to add Siemens Communications, Inc. as a party and will agree to waive the formal service requirements of Federal Rule of Civil Procedure 4 for St. Clair's Second Amended Complaint and to accept service of the Second Amended Complaint; and

**WHEREAS**, if additional information establishes that Siemens Corporation is a proper party to this litigation, Siemens Corporation or Siemens Communications, Inc. will not oppose St. Clair's further amendment of the First Amended or Second Amended Complaint to add Siemens Corporation as a defendant to this action;

**NOW, THEREFORE**, in accordance with Siemens Corporation's and Siemens Communications, Inc.'s authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Siemens as of October 23, 2006.

Dated: _10/10_____, 2006            By: _____

ATTORNEY FOR SIEMENS
CORPORATION AND SIEMENS
COMMUNICATIONS, INC.

Dated: _10-20_____, 2006            By _____

Patricica P. McGonigle, Esquire (DE #3126)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600 (Telephone)
Attorneys for St. Clair Intellectual
Property Consultants, Inc.

MP3 20197205.1