IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against UTStarcom, Inc. ("UTStarcom") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint on June 27, 2006; and

**WHEREAS,** St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS,** UTStarcom has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended

MP3 20197013.1

Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

**WHEREAS**, in exchange for UTStarcom's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and UTStarcom's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

**NOW, THEREFORE**, in accordance with UTStarcom's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of UTStarcom as of October 23, 2006.

Dated: Oct. 16, 2006

By: /s/ JoAnna M. Esty
JoAnna M. Esty
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024 3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
jesty@linerlaw.com

ATTORNEY FOR UTSTARCOM, INC.

Dated: 10-20, 2006

By: /s/ Patricia P. McGonigle
Patricica P. McGonigle, Esquire (DE #3126)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600 (Telephone)
Attorneys for St. Clair Intellectual
Property Consultants, Inc.

MP3 20197013.1