IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against BenQ America Corporation ("BenQ") on June 26, 2006; and

WHEREAS, St. Clair filed its First Amended Complaint on June 27, 2006; and

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

WHEREAS, BenQ has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

MP3 20197357.1

WHEREAS, in exchange for BenQ's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and BenQ's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

NOW, THEREFORE, in accordance with BenQ's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of BenQ as of October 23, 2006.

Dated: 10-18, 2006            By: _____
                                   ATTORNEY FOR BENQ AMERICA
                                   CORPORATION

Dated: 10-20, 2006            By: _____
                                   Patricica P. McGonigle, Esquire (DE #3126)
                                   Seitz, Van Ogtrop & Green, P.A.
                                   222 Delaware Avenue, Suite 1500
                                   Wilmington, DE 19899
                                   (302) 888-0600 (Telephone)
                                   Attorneys for St. Clair Intellectual
                                   Property Consultants, Inc.

MP3 20197357.1