IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## WAIVER AND ACKNOWLEDGEMENT OF SERVICE

**WHEREAS**, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Cingular Wireless L.L.C., Cingular Wireless Corporation, and New Cingular Wireless Services, Inc. (collectively, "Cingular") on June 26, 2006; and

**WHEREAS**, St. Clair filed its First Amended Complaint on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Cingular has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended

MP3 20196755.1

Complaint and to accept service of the Complaint and First Amended Complaint filed in this action; and

**WHEREAS**, in exchange for Cingular's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Cingular's acceptance of service, St. Clair will agree to stay the above-captioned case until such time as any party moves this Court to lift the stay;

**NOW, THEREFORE**, in accordance with Cingular's authorization, the undersigned attorneys acknowledge that service of Plaintiff's First Amended Complaint is hereby accepted on behalf of Cingular as of October 23, 2006.

Dated: October 17, 2006

By: Howard A. Gly (DE BAR 4-82)
ATTORNEY CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, and NEW CINGULAR WIRELESS SERVICES, INC.

Dated: 10-20, 2006

By: _____
Patricica P. McGonigle, Esquire (DE #3126)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600 (Telephone)
Attorneys for St. Clair Intellectual Property Consultants, Inc.

MP3 20196755.1