**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )      Civil Action No. 06-403-JJF |

**MOTION TO STAY ACTION**
**AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

    Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") hereby moves the

Court for entry of an order staying the above-captioned action until such time as any party moves

the Court to lift the stay and such motion is granted.  In support hereof, St. Clair avers as follows:

    1.    St. Clair filed its Complaint for Patent Infringement against Defendants Siemens

AG, Siemens Corporation, BenQ Corporation, BenQ America Corporation, BenQ Mobile

GMBH & Co., Audiovox Communications Corporation, Audiovox Electronics Corporation,

UTStarcom, Inc., Sprint Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless

Corporation, New Cingular Wireless Services, Inc., Verizon Communications, Inc., Vodafone

Group PLC, and Cellco Partnership (collectively, "Defendants") on June 26, 2006 (the "Action"). St. Clair's First Amended Complaint was filed on June 27, 2006.

2.    At the time the Action was filed, St. Clair identified a related action styled *St. Clair Intellectual Property Consultants, Inc. v. Samsung Electronics Co.*, C.A. No. 04-1436 (JJF) (D. Del.) (the "Samsung Related Action"). The Samsung Related Action has been stayed by the Court. (*See* Samsung Related Action, D.I. 112.)

3.    A further related action styled *St. Clair Intellectual Property Consultants, Inc. v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF) (D. Del.) (the "Mirage Related Action") is pending in this Court.    The Mirage Related Action has also been stayed. (*See* Mirage Related Action, D.I. 37.)

4.    St. Clair delayed service of its Complaint and First Amended Complaint in this Action in order to accommodate settlement discussions.

5.    Defendants Siemens Corporation, BenQ America Corporation, Audiovox Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular Wireless Services, Inc., Verizon Communications, Inc., and Cellco Partnership (collectively, the "Waiver Defendants") have waived the formal service requirements of Federal Rule of Civil Procedure 4 for St. Clair's Complaint and First Amended Complaint and accepted service of St. Clair's Complaint and First Amended Complaint. (*See* D.I. 12-18.)

6.    In exchange for the Waiver Defendants' waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and the Waiver Defendants' acceptance of service, St. Clair has agreed to seek a stay of this Action.

7.    St. Clair has entered into agreements with the Waiver Defendants individually that, while differing slightly, all stipulate to a stay of this Action until such time as any party moves this Court to lift the stay and the Court grants such a motion. (*See* Exihibt A hereto.)

8.    Pursuant to Local Rule 7.1.2., St. Clair waives its right to file an opening brief in support of this application.

**NOW, THEREFORE**, St. Clair respectfully requests that the Court grant its motion and stay the above-captioned action until such time as any party moves the Court to lift the stay and the Court grants such a motion. A proposed form of Order is attached.


OF COUNSEL:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402


By: _____
George H. Seitz, III, Esq. (No. 667)
James S. Green, Esq. (No. 481)
Patricia P. McGonigle, Esq. (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

**ATTORNEYS FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.**


Dated: October 31, 2006

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

    Plaintiff,

  v.

SIEMENS AG, SIEMENS CORPORATION,
BENQ CORPORATION, BENQ AMERICA
CORPORATION, BENQ MOBILE GMBH & CO.,
AUDIOVOX COMMUNICATIONS
CORPORATION, AUDIOVOX ELECTRONICS
CORPORATION, UTSTARCOM, INC., SPRINT
NEXTEL CORPORATION, CINGULAR
WIRELESS L.L.C., CINGULAR WIRELESS
CORPORATION, NEW CINGULAR WIRELESS
SERVICES, INC., VERIZON COMMUNICA-
TIONS INC., VODAFONE GROUP PLC, and
CELLCO PARTNERSHIP,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 06–403-JJF

## STIPULATION AND ORDER TO STAY ACTION

  **WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation,

BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox

Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint

Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular

Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco

Partnership (collectively, "Defendants") on June 26, 2006; and

  **WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27,

2006; and

MP3 20197249.1

WHEREAS, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

WHEREAS, BenQ America Corporation ("BenQ") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

WHEREAS, in exchange for BenQ's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and BenQ's acceptance of service, St. Clair has agreed to stay the above-captioned case against BenQ until such time as either BenQ or St. Clair moves this Court to lift the stay and the Court grants such a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against BenQ be stayed until such time as either BenQ or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that BenQ respond to St. Clair's First Amended Complaint within 60 days from the date of this Court's order granting a motion to lift the stay; and

IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the Court's approval, that BenQ and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 75 days from the date of this Court's order granting a motion to lift the stay.

Dated: 10 - 20 , 2006

By: _____ DE 3126

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: 10 - 18 , 2006

By: _____

ATTORNEY FOR BENQ AMERICA
CORPORATION

SO ORDERED this ___ day of _____, 2006.

_____
J.
District Court Judge

MP3 20197249.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY                 )
CONSULTANTS, INC.,                              )
                                                )
                    Plaintiff,                  )
                                                )
        v.                                      )        Civil Action No. 06-403-JJF
                                                )
SIEMENS AG, SIEMENS CORPORATION,                )
BENQ CORPORATION, BENQ AMERICA                  )
CORPORATION, BENQ MOBILE GMBH & CO.,            )
AUDIOVOX COMMUNICATIONS                         )
CORPORATION, AUDIOVOX ELECTRONICS              )
CORPORATION, UTSTARCOM, INC., SPRINT            )
NEXTEL CORPORATION, CINGULAR                    )
WIRELESS L.L.C., CINGULAR WIRELESS              )
CORPORATION, NEW CINGULAR WIRELESS              )
SERVICES, INC., VERIZON COMMUNICA-             )
TIONS INC., VODAFONE GROUP PLC, and             )
CELLCO PARTNERSHIP,                             )
                                                )
                    Defendants.                 )

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation,

BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox

Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint

Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular

Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco

Partnership (collectively, "Defendants") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27,

2006; and

MP3 20197016.1

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, UTStarcom, Inc. ("UTStarcom") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for UTStarcom's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and UTStarcom's acceptance of service, St. Clair has agreed to stay the above-captioned case against UTStarcom until such time as either UTStarcom or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against UTStarcom be stayed until such time as either UTStarcom or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that UTStarcom respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that UTStarcom and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

MP3 20197016.1

Dated: _10·20_____, 2006          By: _____

DE 3126

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: _Oct. 16___, 2006          By: _____

ATTORNEY FOR UTSTARCOM, INC.

**SO ORDERED** this ___ day of _____, 2006.

_____

J.
District Court Judge

MP3 20197016.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation, BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco Partnership (collectively, "Defendants") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Siemens Corporation ("Siemens") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Siemens's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Siemens's acceptance of service, St. Clair has agreed to stay the above-captioned case against Siemens until such time as either Siemens or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Siemens be stayed until such time as either Siemens or St. Clair moves this Court to lift the stay and the Court grants such a motion.

Dated: 10/20, 2006

By: _____
DE3124
ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: 10/11, 2006

By: _____
ATTORNEY FOR SIEMENS
CORPORATION

**SO ORDERED** this ___ day of _____, 2006.

_____
J.
District Court Judge

MP3 20197745.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY                    )
CONSULTANTS, INC.,                                 )
                                                   )
                    Plaintiff,                     )
                                                   )
          v.                                       )          Civil Action No. 06-403-JJF
                                                   )
SIEMENS AG, SIEMENS CORPORATION,                   )
BENQ CORPORATION, BENQ AMERICA                     )
CORPORATION, BENQ MOBILE GMBH & CO.,               )
AUDIOVOX COMMUNICATIONS                            )
CORPORATION, AUDIOVOX ELECTRONICS                  )
CORPORATION, UTSTARCOM, INC., SPRINT               )
NEXTEL CORPORATION, CINGULAR                       )
WIRELESS L.L.C., CINGULAR WIRELESS                 )
CORPORATION, NEW CINGULAR WIRELESS                 )
SERVICES, INC., VERIZON COMMUNICA-                 )
TIONS INC., VODAFONE GROUP PLC, and                )
CELLCO PARTNERSHIP,                                )
                                                   )
                    Defendants.                    )

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed

its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation,

BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox

Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint

Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular

Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco

Partnership (collectively, "Defendants") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27,

2006; and

MP3 20197057.1

**WHEREAS,** St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS,** Sprint Nextel Corporation ("Sprint Nextel") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS,** in exchange for Sprint Nextel's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Sprint Nextel's acceptance of service, St. Clair has agreed to stay the above-captioned case against Sprint Nextel until such time as either Sprint Nextel or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Sprint Nextel be stayed until such time as either Sprint Nextel or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED,** by and between the undersigned counsel, subject to the Court's approval, that Sprint Nextel respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED,** by and between the undersigned counsel, subject to the Court's approval, that Sprint Nextel and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

MP3 20197057.1

Dated: 10/20    , 2006          By: _____
                                                              DE3126
                                ATTORNEY FOR ST. CLAIR
                                INTELLECTUAL PROPERTY
                                CONSULTANTS, INC.


Dated: October 13, 2006         By: _____
                                ATTORNEY FOR SPRINT NEXTEL
                                CORPORATION



**SO ORDERED** this ___ day of _____, 2006.


                                _____
                                J.
                                District Court Judge

MP3 20197057.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,    ) ) ) | |
| Plaintiff,     ) ) | |
| v.     ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP,     ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.     ) | |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation, BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco Partnership (collectively, "Defendants") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Audiovox Communications Corporation and Audiovox Electronics Corporation (collectively, "Audiovox") have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Audiovox's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Audiovox's acceptance of service, St. Clair has agreed to stay the above-captioned case against Audiovox until such time as either Audiovox or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Audiovox be stayed until such time as either Audiovox or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Audiovox respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Audiovox and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: 10/20 , 2006

By: _____
                                              DE3126

ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: Oct. 17 , 2006

By: _____

ATTORNEY FOR AUDIOVOX
COMMUNICATIONS CORPORATION and
AUDIOVOX ELECTRONICS
CORPORATION

**SO ORDERED** this ___ day of _____, 2006.

_____
J. District Court Judge

MP3 20196779.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation, BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco Partnership (collectively, "Defendants") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

MP3 20196757.1

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Cingular Wireless L.L.C., Cingular Wireless Corporation, and New Cingular Wireless Services, Inc. ("Cingular") have authorized their attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Cingular's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Cingular's acceptance of service, St. Clair has agreed to stay the above-captioned case against Cingular until such time as either Cingular or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Cingular be stayed until such time as either Cingular or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Cingular respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Cingular and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

MP3 20196757.1

Dated: 10|20 _____, 2006

By: _____ DE 3126

**ATTORNEY FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.**

Dated: October 17, 2006

By: _____ (DE BAR 4082)

**ATTORNEY FOR CINGULAR WIRELESS
L.L.C., CINGULAR WIRELESS
CORPORATION, and NEW CINGULAR
WIRELESS SERVICES, INC.**

**SO ORDERED** this ___ day of _____, 2006.

_____
J.
District Court Judge

MP3 20196757.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 06-403-JJF |

## STIPULATION AND ORDER TO STAY ACTION

**WHEREAS,** Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendants Siemens AG, Siemens Corporation, BenQ Corporation, BenQ America Corporation, BenQ Mobile GMBH & Co., Audiovox Communications Corporation, Audiovox Electronics Corporation, UTStarcom, Inc., Sprint Nextel Corporation, Cingular Wireless L.L.C., Cingular Wireless Corporation, New Cingular Wireless Services, Inc., Verizon Communications, Inc., Vodafone Group PLC, and Cellco Partnership (collectively, "Defendants") on June 26, 2006; and

**WHEREAS,** St. Clair filed its First Amended Complaint against Defendants on June 27, 2006; and

MP3 20197133.1

**WHEREAS**, St. Clair agreed to delay service of its Complaint and First Amended Complaint in order to accommodate settlement discussions; and

**WHEREAS**, Verizon Communications, Inc. and Cellco Partnership (collectively "Verizon") has authorized its attorneys to waive the formal service requirements of Federal Rule of Civil Procedure 4 for Plaintiff's Complaint and First Amended Complaint; and

**WHEREAS**, in exchange for Verizon's waiver of the formal service requirements for St. Clair's Complaint and First Amended Complaint and Verizon's acceptance of service, St. Clair has agreed to stay the above-captioned case against Verizon until such time as either Verizon or St. Clair moves this Court to lift the stay and the Court grants such a motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that the above-captioned case against Verizon be stayed until such time as either Verizon or St. Clair moves this Court to lift the stay and the Court grants such a motion; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Verizon respond to St. Clair's First Amended Complaint within 45 days from the date of this Court's order granting a motion to lift the stay; and

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, subject to the Court's approval, that Verizon and St. Clair hold a conference pursuant to Federal Rule of Civil Procedure 26(f) within 60 days from the date of this Court's order granting a motion to lift the stay.

Dated: 10/22 , 2006

Patricia P. McGonigle, Esquire (DE #3126)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600
Attorneys for St. Clair Intellectual
Property Consultants, Inc.

SIMPSON THACHER + BARTLETT LLP

Dated: _____ , 2006

By: _____
HENRY B. GUTMAN
ATTORNEY FOR VERIZON
COMMUNICATIONS INC. and CELLCO
PARTNERSHIP

**SO ORDERED** this ___ day of _____ , 2006.

_____
J.
District Court Judge

MP3 20197133.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Patricia P. McGonigle, Esquire hereby certify that counsel for St. Clair have made reasonable efforts to reach agreement with Defendants and/or their counsel on the matters set forth in the foregoing motion, and have secured agreement from some of the parties as to the relief sought herein. *See Motion to Stay Action, Ex. A.* Accordingly, St. Clair requests the Court entertain the foregoing motion at the Court's convenience.

Patricia P. McGonigle (ID #3126)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY          )
CONSULTANTS, INC.,                        )
                                          )
                Plaintiff,                )
                                          )
        v.                                )       Civil Action No. 06-403-JJF
                                          )
SIEMENS AG, SIEMENS CORPORATION,          )
BENQ CORPORATION, BENQ AMERICA            )
CORPORATION, BENQ MOBILE GMBH & CO.,      )
AUDIOVOX COMMUNICATIONS                   )
CORPORATION, AUDIOVOX ELECTRONICS         )
CORPORATION, UTSTARCOM, INC., SPRINT      )
NEXTEL CORPORATION, CINGULAR              )
WIRELESS L.L.C., CINGULAR WIRELESS        )
CORPORATION, NEW CINGULAR WIRELESS        )
SERVICES, INC., VERIZON COMMUNICA-        )
TIONS INC., VODAFONE GROUP PLC, and       )
CELLCO PARTNERSHIP,                       )
                                          )
                Defendants.               )

## ORDER

    **AND NOW**, this _____ day of _____, 2006, upon consideration of

Plaintiff's Motion to Stay Action, it is hereby

    **ORDERED** that the above-captioned action is STAYED until further order of the Court.

The parties shall file a Status Report every ninety (90) days from the date of this Order. Any

party may file a written application seeking to reopen the action in accordance with the rules of

this Court.

_____          _____
                                         United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICA-TIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006 I electronically filed the Motion to Stay Action with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of the Motion to Stay Action to be served on October 31, 2006, upon the following by first-class mail, postage paid:

**For Audiovox Communications Corporation and Audiovox Electronics Corporation:**

D. Joseph English
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

**For Cingular Wireless L.L.C., Cingular Wireless Corporation and New Cingular Wireless Services, Inc.:**

Christina Wang Lee, Esq.
Litigation Counsel
Cingular Wireless
5565 Glenridge Connector
Suite 1700
Atlanta, GA 30342

**For BenQ America Corporation:**

Linh Ha
BenQ America Corp.
2570 North First St., Suite 200
San Jose, CA 95131

**For BenQ Corporation:**

157 Shan-ying Road, Gueishan,
Taoyuan 333 Taiwan F4 00000

**For BenQ Mobile GmbH & Co.:**

Haidenauplatz 1, D-81667,

Munich, Federal Republic of Germany

**For Siemens Corporation:**

Jackie Valenzuela
Siemens Communications, Inc.
900 Broken Sound Parkway
Boca Raton, FL 33487

**For Siemens AG:**

Wittelsbacherplatz 2, Munich D-80333
Federal Republic of Germany I9 00000

**For Vodafone Group PLC:**

Vodafone House, The Connection,
Newbury RG14 2FN, England

**For Sprint Nextel Corporation:**

Lee Lauridsen
Senior Counsel
Sprint Nextel Corporation
6450 Sprint Parkway
Mailstop: KSOPHN0304-3B503
Overland Park, KS 66251-6100

**For Verizon Communications Inc. and
Cellco Partnership:**

Henry B. Gutman
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954

**For UTStarcom, Inc.:**

JoAnna M. Esty
Liner Yankelevitz Sunshine &
Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024 3503

By: _____
George H. Seitz, III, Esquire (No. 667)
James S. Green, Esquire (No. 481)
Patricia P. McGonigle, Esquire (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

**ATTORNEYS FOR ST. CLAIR
INTELLECTUAL PROPERTY
CONSULTANTS, INC.**