## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY<br>CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION,<br>BENQ CORPORATION, BENQ AMERICA<br>CORPORATION, BENQ MOBILE GMBH & CO.,<br>AUDIOVOX COMMUNICATIONS<br>CORPORATION, AUDIOVOX ELECTRONICS<br>CORPORATION, UTSTARCOM, INC., SPRINT<br>NEXTEL CORPORATION, CINGULAR<br>WIRELESS L.L.C., CINGULAR WIRELESS<br>CORPORATION, NEW CINGULAR WIRELESS<br>SERVICES, INC., VERIZON COMMUNICA-<br>TIONS INC., VODAFONE GROUP PLC, and<br>CELLCO PARTNERSHIP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-403-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

**AND NOW**, this 30 day of November , 2006, upon consideration of

Plaintiff's Motion to Stay Action, it is hereby

**ORDERED** that the above-captioned action is STAYED until further order of the Court.

The parties shall file a Status Report every ninety (90) days from the date of this Order. Any

party may file a written application seeking to reopen the action in accordance with the rules of

this Court.

11 | 30 | 06

_____
United States District Judge