IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, <br><br> Defendants. | Civil Action No. 06-403-JJF |

## STATUS REPORT

On November 30, 2006, the Court stayed this action until further order of the Court, stating that any party may file a written application seeking to reopen the action in accordance with the rules of the Court. Pursuant to the Court's November 30, 2006 Order requiring a Status Report every ninety (90) days (D.I. 20), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") states that there have not been any written applications seeking to reopen this action. St. Clair further states that the two related actions identified in St. Clair's Unopposed Motion to Stay Action and Certification Pursuant to Local Rule 7.1.1 (D.I. 19) (*St. Clair v. Samsung Electronics Co.*, C.A. No. 04-1436 (JJF) and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF)) remain stayed.

59459 v1

| | |
|---|---|
| Dated: May 29, 2007<br><br>OF COUNSEL:<br>Ronald J. Schutz, Esq.<br>Becky R. Thorson, Esq.<br>Carrie M. Lambert, Esq.<br>Annie Huang, Esq.<br>David B. Zucco, Esq.<br>ROBINS, KAPLAN, MILLER &<br>CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500 | SEITZ, VAN OGTROP & GREEN<br><br>　　　　　/s/ *Patricia P. McGonigle*<br>By: _____<br>George H. Seitz, III, Esquire (No. 667)<br>gseitz@svglaw.com<br>James S. Green, Esquire (No. 481)<br>jgreen@svglaw.com<br>Patricia P. McGonigle, Esquire (No. 3126)<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600<br><br>ATTORNEYS FOR PLAINTIFF<br>ST. CLAIR INTELLECTUAL PROPERTY<br>CONSULTANTS, INC. |

59459 v1

## CERTIFICATE OF SERVICE

I, *Patricia P. McGonigle*, Esquire, hereby certify that on this 29th day of May 2007, I electronically filed the foregoing ***Status Report*** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *Patricia P. McGonigle*

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

58812 v1