IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIEMENS AG, SIEMENS CORPORATION, )<br>BENQ CORPORATION, BENQ AMERICA )<br>CORPORATION, BENQ MOBILE GMBH & CO., )<br>AUDIOVOX COMMUNICATIONS )<br>CORPORATION, AUDIOVOX ELECTRONICS )<br>CORPORATION, UTSTARCOM, INC., SPRINT )<br>NEXTEL CORPORATION, CINGULAR )<br>WIRELESS L.L.C., CINGULAR WIRELESS )<br>CORPORATION, NEW CINGULAR WIRELESS )<br>SERVICES, INC., VERIZON COMMUNICA- )<br>TIONS INC., VODAFONE GROUP PLC, and )<br>CELLCO PARTNERSHIP, )<br>)<br>Defendants. ) | Civil Action No. 06-403-JJF |

## STATUS REPORT

On November 30, 2006, the Court stayed this action until further order of the Court, stating that any party may file a written application seeking to reopen the action in accordance with the rules of the Court. Pursuant to the Court's November 30, 2006 Order requiring a Status Report every ninety (90) days (D.I. 20), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") states that there have not been any written applications seeking to reopen this action. St. Clair further states that the two related actions identified in St. Clair's Unopposed Motion to Stay Action and Certification Pursuant to Local Rule 7.1.1 (D.I. 19) (*St. Clair v. Samsung Electronics Co.*, C.A. No. 04-1436 (JJF) and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF)) remain stayed.

MP3 20251648.1

Dated: November 26, 2007

OF COUNSEL:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

By: /s/ Patricia P. McGonigle
George H. Seitz, III, Esq. (No. 667)
James S. Green, Esq. (No. 481)
Patricia P. McGonigle, Esq. (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

MP3 20251648.1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 26th day of November 2007, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

Status Report

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51816 v1