IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

On November 30, 2006, the Court stayed this action until further order of the Court, stating that any party may file a written application seeking to reopen the action in accordance with the rules of the Court. Pursuant to the Court's November 30, 2006 Order requiring a Status Report every ninety (90) days (D.I. 20), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") submits this report regarding the status of the patent ownership dispute between St. Clair and Eastman Kodak Company ("Kodak") pending in California state court styled *Eastman Kodak Co. v. Speasl* (Case No. 1-05-CV-039164, previously *Mirage Sys., Inc. v. Speasl*) (the "California Action"). The California Action is the basis for the stay of the two related actions identified in St. Clair's Motion to Stay Action and Certification Pursuant to Local Rule 7.1.1

(D.I. 19) (*St. Clair v. Samsung Electronics Co.*, C.A. No. 04-1436 (JJF) and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273 (JJF)).

The California court commenced trial proceedings in January 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. The memorandum of understanding between the parties in the California Action provides for the resolution of all claims between the parties regarding the Roberts Patents. The parties are now engaged in drafting the final settlement agreements and licenses. Accordingly, St. Clair will make an appropriate written application to reopen this action.

Dated: February 25, 2008

OF COUNSEL:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

/s/ *George H. Seitz, III*

By: _____
George H. Seitz, III, Esq. (No. 667)
gseitz@svglaw.com
James S. Green, Esq. (No. 481)
jgreen@svglaw.com
Patricia P. McGonigle, Esq. (No. 3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

## CERTIFICATE OF SERVICE

I, *George H. Seitz, III*, Esquire, hereby certify that on this 25th day of February 2008, I electronically filed the foregoing ***Status Report*** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *George H. Seitz, III*
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

58812 v1