IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## PLAINTIFF ST. CLAIR'S MOTION TO LIFT THE STAY IN LITIGATION AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully moves this Court for an Order lifting the current stay in litigation. In support hereof, St. Clair avers as follows:

1. On November 30, 2006, this Court granted St. Clair's Motion to Stay Action (D.I. 19) and stayed the above-captioned case until further order of the Court, stating that any party may file a written application seeking to reopen the action (D.I. 20).

2. In its Motion to Stay Action, St. Clair identified two related actions that had been stayed by this Court (*St. Clair v. Samsung Electronics Co.*, C.A. No. 04-1436-JJF, and *St. Clair v. Mirage Systems, Inc.*, C.A. No. 05-273-JJF). These two related actions were stayed by this

Court pending resolution of the patent ownership dispute between St. Clair and Eastman Kodak Company ("Kodak") in *Eastman Kodak Co. v. Speasl*, Case No. 05-39164 (Cal. Sup. Ct.) (formerly styled *Mirage Sys., Inc. v. Speasl*).

3. Trial proceedings commenced in the *Eastman Kodak Co. v. Speasl* case in January 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. *See*, Joint State Report, attached hereto as Exhibit "A". The memorandum of understanding provides for the resolution of all claims between St. Clair and Kodak regarding the Roberts Patents. (*Id.*) The parties are now engaged in drafting the final settlement agreements and licenses. (*Id.*)

4. Pursuant to Local Rule 7.1.2, St. Clair waives its right to file an opening brief in support of this motion. St. Clair reserves the right to file a reply brief, however, should any of the Defendants file an answering brief in opposition to St. Clair's motion.

**NOW, THEREFORE**, St. Clair respectfully requests that this Court immediately lift the stay in litigation.

Dated: March 3, 2008

/s/ Patricia P. McGonigle

George H. Seitz, III (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

- and -

OF COUNSEL:
Ronald J. Schutz
Becky R. Thorson
Annie Huang
David B. Zucco
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.**

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Delaware Local Rule 7.1.1, counsel for Plaintiff St. Clair has consulted with counsel that have appeared on behalf of Defendants concerning the subject matter of this Motion. As of the filing of the Motion, all Defendants have not consented to the relief sought by this Motion. Accordingly, the Motion is deemed opposed, and Plaintiff requests that the Court entertain the Motion on the date noticed.

/s/ Patricia P. McGonigle
Patricia P. McGonigle, Esq. (No. 3126)
pmcgonigle@svglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008 I electronically filed *Plaintiff St. Clair's Motion to Lift the Stay in Litigation and Certification Pursuant to Local Rule 7.1.1* (the "Motion") with the Clerk of the Court using CM/ECF. I further certify that I caused copies of the Motion to be served upon the following:

**For Audiovox Communications Corporation and Audiovox Electronics Corporation:**

D. Joseph English
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20006-2166
*Via First Class Mail and*
*Facsimile: 202-478-0667*

**For Cingular Wireless L.L.C., Cingular Wireless Corporation and New Cingular Wireless Services, Inc.:**

Stephen M. Forte, Esquire
Smith, Gambrell & Russell, LLP
Promenade, II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
*Via First Class Mail and*
*Facsimile: 404-685-6856*

**For BenQ American Corporation:**

Linh Ha
BenQ America Corp.
2570 North First St., Suite 200
San Jose, CA 95131
*Via First Class Mail and*
*Facsimile: 408-273-4685*

**For BenQ Corporation**

157 Shan-ying Road, Gueishan,
Taoyuan 333 Taiwan F4 00000
*Via First Class International Mail*

**For BenQ Mobile GMBH & Co.:**

Haidenauplatz 1, D-81667,
Munich, Federal Republic of Germany
*Via First Class Mail*

**For Siemens Corporation:**

Frank J. Nuzzi
Senior Intellectual Property Counsel
Siemens Corporation
Intellectual Property Department
170 Wood Avenue South
Iselin, NJ 08830
*Via First Class Mail and*
*Facsimile: 732-590-6875*

**For Siemens AG:**
Wittelsbacherplatz 2, Munich D-80333
Federal Republic of Germany I9 00000
*Via First Class International Mail*

**For Vodafone Group PLC:**
Vodafone House, The Connection,
Newbury RG14 2FN, England
*Via First Class International Mail*

**For Sprint Nextel Corporation:**
Lee Lauridsen
Senior Counsel
Sprint Nextel Corporation
6450 Sprint Parkway
Mailstop: KSOPHN0304-3B503
Overland Park, KS 66251-6100
*Via First Class Mail and*
*Facsimile: 913-523-9840*

63764 v1

| | |
|---|---|
| **For Verizon Communications Inc. and Cellco Partnership:** | **For UTStarcom, Inc.:** |
| Henry B. Gutman<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954<br>*Via First Class Mail and Facsimile:  212-455-3180* | JoAnna M. Esty<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue 14th Floor Los Angeles, CA  90024 3503<br>*Via First Class Mail and Facsimile:  310-500-3501* |

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle
Delaware Bar No.:  3126

63764 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-403-JJF |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached Certificate of Service

PLEASE TAKE NOTICE that Plaintiff St. Clair Intellectual Property Consultants, Inc. seeks to present its *Motion to Lift the Stay in Litigation as to Defendants Samsung, Matsushita, Nokia and Hewlett-Packard* to the Court on Friday, **April 11, 2008 at 10:00 a.m.**

Dated: March 3, 2008

SEITZ, VAN OGTROP & GREEN

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
- and -

OF COUNSEL:
Ronald J. Schutz
Becky R. Thorson
Annie Huang
David B. Zucco
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.**

Exhibit "A"

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable Paul J. Luckern
Administrative Law Judge

|  |  |
|---|---|
| In the Matter of<br><br>CERTAIN DIGITAL CAMERAS AND<br>COMPONENT PARTS THEREOF | )<br>)<br>)<br>)  Inv. No. 337-TA-593<br>)<br>) |

## JOINT STATUS REPORT

Complainant St. Clair Intellectual Property Consultants, Inc. ("St. Clair") and Respondent Eastman Kodak Company ("Kodak") recognize that the Administrative Law Judge's initial determination in this Investigation is due February 21, 2008 and respectfully submit this report regarding the status of *Eastman Kodak Co. v. Speasl et al.*, No. 1-05-cv-039164, which is pending in the California Superior Court ("the California Action").

The California Court commenced trial proceedings in the California Action in January, 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. The memorandum of understanding between the parties in the California Action provides for the resolution of all claims between the parties regarding the Roberts Patents, including, but not limited to, the claims asserted in the matter before the International Trade Commission. The parties are now engaged in drafting the final settlement agreements and licenses. Although the parties are working to finalize the settlement and licensing documents as soon as possible, there is a possibility that the papers will not be finalized prior to February 21, 2008. Accordingly, the parties respectfully request that this Investigation remain stayed until the parties can submit a further status report to inform the ALJ of any subsequent developments when settlement and licensing documents are finalized.

Respectfully submitted,

*/s/ Michael D. Esch*

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Michael D. Esch
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6420
Fax: (202) 663-6363

S. Calvin Walden
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Eric J. Ward
WARD NORRIS HELLER & REIDY LLP
300 State Street
Rochester, NY 14614
Tel: (585) 454-0700
Fax: (585) 423-5910

*Counsel for Respondent Eastman Kodak Company*

*/s/ David B. Zucco / BY PERMISSION*

Louis S. Mastriani
Ian A. Taronji
Adduci Mastriani & Schaumberg LLP
1200 Seventeenth Street, N.W., Fifth Floor
Washington, D.C. 20036
(202) 467-6300

                                                Ronald J. Schutz (PTO No. 32491; MN Bar No. 4130849)
                                                Becky R. Thorson (MN Bar No. 254861)
                                                Carrie M. Lambert (MN Bar No. 314067)
                                                Bruce D. Manning (MN Bar No. 0312289)
                                                David B. Zucco (MN Bar No. 0339799)
                                                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                800 LaSalle Avenue, Suite 2800
                                                Minneapolis, MN 55402
                                                Telephone: (612) 349-8500

                                                *Counsel for Complainant St. Clair Intellectual Property Consultants, Inc.*

DATED: February 14, 2008

*In the Matter of* CERTAIN DIGITAL CAMERAS AND COMPONENT PARTS THEREOF,
Inv. No. 337-TA-593

U.S. International Trade Commission; Before the Honorable Paul J. Luckern

### CERTIFICATE OF SERVICE

I, Michael D. Esch, hereby certify that copies of the foregoing **JOINT STATUS REPORT** were filed with the Commission Secretary and served upon the following parties as indicated below on this 14th day of February, 2008.

The Honorable Marilyn R. Abbott
Secretary
U.S. International Trade Commission
500 E Street, S.W., Room 112
Washington, DC 20436
(**VIA ELECTRONIC FILING**)

Hon. Paul J. Luckern
Administrative Law Judge
U.S. International Trade Commission
500 E Street, S.W., Suite 317
Washington, DC 20436
(**VIA HAND DELIVERY** – 2 copies)

David O. Lloyd, Esq.
Investigative Attorney
U.S. International Trade Commission
500 E Street, S.W., Room 401-M
Washington, DC 20436
(**VIA HAND DELIVERY AND
ELECTRONIC MAIL (pdf copy)**)

**On Behalf of Complainant:**
Ronald J. Schutz, Esq.
Becky Thorson, Esq.
Carrie Lambert, Esq.
Bruce Manning, Esq.
David Zucco, Esq.
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(**VIA ELECTRONIC MAIL (pdf copy)**)

Louis Mastriani, Esq.
Ian Taronji, Esq.
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, NW
Washington, DC 20036
(**VIA HAND DELIVERY AND
ELECTRONIC MAIL (pdf copy)**)

_____
Michael D. Esch