IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC. ) ) ) Plaintiff, ) ) v. ) ) SIEMENS AG, et al, ) ) Defendants. ) | C.A. No. 06-403 (JJF) |

## UTSTARCOM'S RESPONSE TO MOTION TO LIFT STAY (D.I. 26)

UTStarcom Inc. opposes plaintiff's motion to lift the stay (D.I. 26) for the reasons set forth in the (1) Opposition of Defendants Motorola, Inc., Petters Group Worldwide, L.L.C., Polaroid Consumer Electronics, L.L.C., Polaroid Holding Company and Polaroid Corp. to Plaintiff St. Clair's Motion to Lift Stay of Litigation, filed in C.A. No. 06-404 (D.I. 28) and (2) Non-Kodak Defendants' Opposition to Plaintiff's Motion to Lift Stay of Litigation, filed in C.A. No. 04-1436 (D.I. 135).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
(302) 658-9200

OF COUNSEL:

*Attorneys for UTStarcom Inc.*

JoAnna M. Esty
Tamany J. Vinson Bentz
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601

Dated:  March 20, 2008
2163235

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Patricia Pyles McGonigle, Esq.
>SEITZ, VAN OGTROP & GREEN, P.A.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 20, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| George H. Seitz, III, Esq.<br>James S. Green, Esq.<br>Patricia Pyles McGonigle, Esq.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899<br><br>**gseitz@svglaw.com**<br>**jgreen@svglaw.com**<br>**pmcgonigle@svglaw.com** | Ronald J. Schutz, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**rjschutz@rkmc.com**<br><br>Jake M. Holdreith, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**jmholdreith@rkmc.com**<br><br>Becky R. Thorson, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**brthorson@rkmc.com**<br><br>Carrie M. Lambert, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**cmlambert@rkmc.com** |

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)

2163865