IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY<br>CONSULTANTS, INC.<br><br>               Plaintiffs<br><br>               v.<br><br>SIEMANS AG, SIEMANS CORPORATION,<br>BENQ CORPORATION, BENQ AMERICA<br>CORPORATION, BENQ MOBILE GMBH<br>& CO., AUDIOVOX COMMUNICATIONS<br>CORPORATION, AUDIOVOX ELECTRONICS<br>CORPORATION, UTSTARCOM, INC. SPRINT<br>NEXTEL CORPORATION, CINGULAR<br>WIRELESS, LLC, CINGULAR WIRELESS<br>CORPORATION, NEW CINGULAR<br>WIRELESS SERVICES, INC., VERIZON<br>COMMUNICATIONS INC., VODAFONE<br>GROUP, PLC and CELLCO PARTNERSHIP,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-403-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF ENTRY OF APPEARANCE**

TO:    Patricia P. McGonigle, Esquire
          Seitz, Van Ogtrop & Green, P.A.
          222 Delaware Avenue, Suite 1500
          Wilmington, DE 19801


PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of Defendants Cingular Wireless LLC, Cingular Wireless Corporation and New Cingular Wireless Services, Inc.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Cingular Wireless, LLC, Cingular Wireless Corporation and New Cingular Wireless Services, Inc.

OF COUNSEL:

SMITH, GAMBRELL & RUSSELL, LLP
Stephen Forte
Robert J. Veal
Elizabeth G. Borland
Brendan E. Squire
Suite 3100, Promenade II,
1230 Peachtree Street, NE,
Atlanta, GA 30309-3592
(404) 815-3500

Dated: March 24, 2008

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on March 24, 2008, I served a copy of the foregoing Notice of Entry of Appearance, as follows:

<u>Via E-Filing</u>
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
    *For St. Clair Intellectual Property Consultants, Inc.*

<u>Via First Class Mail</u>
D. Joseph English, Esquire
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20006-2166
    *For Audiovox Communications Corporation and*
    *Audiovox Electronics corporation*

<u>Via First Class Mail</u>
Linh Ha
BenQ America Corp.
2570 North First St., Suite 200
San Jose, CA 95131
    *For BenQ American Corporation*

<u>Via First Class International Mail</u>
157 Shan-ying Road, Gueishan,
Taoyuan 333
Taiwan F4 00000
    *For BenQ Corporation*

<u>Via First Class Mail</u>
Haidenauplatz 1, D-81667,
Munich, Federal Republic of Germany
    *For BenQ Mobile GMBH & Co.*

Via First Class Mail
Frank J. Nuzzi, Esquire
Senior Intellectual Property Counsel
Siemens Corporation
Intellectual Property Department
170 Wood Avenue South
Iselin, NJ 08830
    *For Siemens Corporation*

Via First Class International Mail
Wittelsbacherplatz 2, Munich D-80333
Federal Republic of Germany 19 00000
    *For Siemens AG*

Via First Class International Mail
Vodafone House, The Connection,
Newbury RG14 2FN, England
    *For Vodafone Group PLC*

Via First Class
Lee Lauridsen, Esquire
Senior Counsel
Sprint Nextel Corporation
6450 Sprint Parkway
Mailstop: KSOPHN0304-313503
Overland Park, KS 66251-6100
    *For Sprint Nextel Corporation*

Via First Class Mail
Henry B. Gutman, Esquire
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
    *For Verizon Communications Inc. and Cellco Partnership*

Via First Class Mail
JoAnna M. Esty, Esquire
Liner Yaukelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024-3503
    *For UTStarcom, Inc.:*

                                      */s/ Dominick T. Gattuso*
                                        Dominick T. Gattuso (# 3630)