IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-403 (JJF) |
| SIEMENS AG, et al, | ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Mary B. Graham, James W. Parrett, Jr., and the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance on behalf of defendant UTStarcom Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
(302) 658-9200

*Attorneys for UTStarcom Inc.*

OF COUNSEL:

JoAnna M. Esty
Tamany J. Vinson Bentz
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601

Dated:  March 25, 2008
2167745

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Patricia Pyles McGonigle, Esq.
>SEITZ, VAN OGTROP & GREEN, P.A.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 25, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| George H. Seitz, III, Esq.<br>James S. Green, Esq.<br>Patricia Pyles McGonigle, Esq.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899<br><br>**gseitz@svglaw.com**<br>**jgreen@svglaw.com**<br>**pmcgonigle@svglaw.com** | Ronald J. Schutz, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**rjschutz@rkmc.com**<br><br>Jake M. Holdreith, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**jmholdreith@rkmc.com**<br><br>Becky R. Thorson, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**brthorson@rkmc.com**<br><br>Carrie M. Lambert, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**cmlambert@rkmc.com** |

*/s/ Mary B. Graham*

---
Mary B. Graham (#2256)

2163865