IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-403 (JJF) |
| SIEMENS AG, et al, | ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of JoAnna M. Esty and Tamany J. Vinson Bentz of Venable LLP to represent UTStarcom Inc. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
(302) 658-9200

*Attorneys for UTStarcom Inc.*

OF COUNSEL:

JoAnna M. Esty
Tamany J. Vinson Bentz
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601

Dated: March 31, 2008

- 2 -

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                            UNITED STATES DISTRICT JUDGE

2166124

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, JoAnna M. Esty, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 26, 2008

JoAnna M. Esty
VENABLE LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
Phone: 310.229.9900
Fax: 310.229.9901

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Tamany Vinson Bentz, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 26, 2008

Tamany Vinson Bentz
VENABLE LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
Phone: 310.229.9900
Fax: 310.229.9901

2166084

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John L. Reed
>EDWARDS ANGELL PALMER & DODGE LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 31, 2008 upon the following individuals in the manner indicated:

| **BY EMAIL** | **BY EMAIL** |
| --- | --- |
| John L. Reed | Scott D. Wofsy |
| Denise Seastone Kraft | Brian R. Pollack |
| EDWARDS ANGELL PALMER & DODGE LLP | EDWARDS ANGELL PALMER & DODGE LLP |
| 919 North Market Street, 15th Floor | 301 Tresser Blvd. |
| Wilmington, DE 19801 | Stamford, CT 06901 |
| **jreed@eapdlaw.com** | **swofsy@eapdlaw.com** |
| **dkraft@eapdlaw.com** | **bpollack@eapdlaw.com** |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)