IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> SIEMANS AG, SIEMANS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS, LLC, CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP, PLC AND CELLCO PARTNERSHIP, : <br><br> Defendants. | C.A. No. 06-403-JJF |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Matt Neiderman, Aimee M. Czachorowski, and the law firm of Duane Morris LLP hereby enter their appearance on behalf of defendants Audiovox Communications Corporation and Audiovox Electronics Corporation.

                                  **DUANE MORRIS LLP**

                                  /s/ Matt Neiderman
                                  Matt Neiderman (I.D. No. 4018)
                                  Aimee M. Czachorowski (I.D. No. 4670)
                                  1100 N. Market St., Suite 1200
                                  Wilmington, DE 19801
                                  Phone:  302-657-4900
                                  Fax:  302-657-4901

                                  *Attorneys for Audiovox Communications Corporation and Audiovox Electronics Corporation*

Dated: April 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I caused the foregoing documents to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>Patricia Pyles McGonigle, Esq.
>SEITZ, VAN OGTROP & GREEN, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, Delaware 19899
>
>Mary B. Graham, Esq.
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware 19899
>
>Kurt M. Heyman, Esq.
>Proctor Heyman, LLP
>1116 West Street
>Wilmington, Delaware 19801

Additionally, I hereby certify that true and correct copies of the foregoing documents were caused to be served on April 9, 2008, upon the following individuals via email:

George H. Seitz, III, Esq.
James S. Green, Esq.
Patricia Pyles McGonigle, Esq.
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

**gseitz@svglaw.com**
**jgreen@svglaw.com**
**pmcgonigle@svglaw.com**

Ronald J. Schutz, Esq.
ROBINS, KAPLAN, MILLER & CIRESI
**rjschutz@rkmc.com**

Jake M. Holdreith, Esq.
ROBINS, KAPLAN, MILLER & CIRESI
**jmholdreith@rkmc.com**

Becky R. Thorson, Esq.
ROBINS, KAPLAN, MILLER & CIRESI
**brthorson@rkmc.com**

Carrie M. Lambert, Esq.
ROBINS, KAPLAN, MILLER & CIRESI
**cmlambert@rkmc.com**

/s/ Matt Neiderman
Matt Neiderman (I.D. No. 4018)