IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | |
| SIEMANS AG, SIEMANS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS, LLC, CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP, PLC AND CELLCO PARTNERSHIP, | : : : : : : : : : : : : : : : | C.A. No. 06-403-JJF |
| Defendants. | : : : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph D. English to represent Audiovox Communications Corporation and Audivox Electronics Corporation, for themselves and on behalf of all other similarly situated class members, in this matter.

DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

*Attorney for Defendants*
*Audiovox Communications Corporation and*
*Audivox Electronics Corporation, for*
*themselves and on behalf of all other similarly*
*situated class members.*

Date: April 10, 2008

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

DATE: _____April 9, 2008_____        Signed: _____
                                     Joseph D. English
                                     Duane Morris LLP
                                     505 9th Street, N.W.
                                     Suite 1000
                                     Washington, DC 20004
                                     202-776-5228
                                     DJEnglish@duanemorris.com

DM1\1319226.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I caused the foregoing documents to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>Patricia Pyles McGonigle, Esq.
>SEITZ, VAN OGTROP & GREEN, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, Delaware 19899
>
>Mary B. Graham, Esq.
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware 19899
>
>Kurt M. Heyman, Esq.
>Proctor Heyman, LLP
>1116 West Street
>Wilmington, Delaware 19801

Additionally, I hereby certify that true and correct copies of the foregoing documents were caused to be served on April 10, 2008, upon the following individuals via email:

| | |
|---|---|
| George H. Seitz, III, Esq.<br>James S. Green, Esq.<br>Patricia Pyles McGonigle, Esq.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, Delaware 19899<br><br>**gseitz@svglaw.com**<br>**jgreen@svglaw.com**<br>**pmcgonigle@svglaw.com** | Ronald J. Schutz, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI<br>**rjschutz@rkmc.com**<br><br>Jake M. Holdreith, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI<br>**jmholdreith@rkmc.com**<br><br>Becky R. Thorson, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI<br>**brthorson@rkmc.com**<br><br>Carrie M. Lambert, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI<br>**cmlambert@rkmc.com**<br><br>/s/ Matt Neiderman<br>Matt Neiderman (I.D. No. 4018) |