IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No. 06-403-JJF |
| | : | |
| SIEMANS AG, SIEMANS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC. SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS, LLC, CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP, PLC and CELLCO PARTNERSHIP, | : : : : : : : : : : | |
| Defendants. | : | |

**DEFENDANTS' MOTION AND ORDER
FOR ADMISSION _PRO HAC VICE_ OF SAMUEL E. STUBBS**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission _pro hac vice_ of the following attorney to represent defendants: Cingular Wireless, LLC, Cingular Wireless Corporation, and New Cingular Wireless Services, Inc. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Cingular Wireless, LLC, Cingular Wireless Corporation and New Cingular Wireless Services, Inc.

OF COUNSEL:

PILLSBURY WINTHROP SHAW PITTMAN LLP
William P. Atkins
Benjamin L. Kiersz
Christopher K. Dorsey
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4859
(703) 770-7900

PILLSBURY WINTHROP SHAW PITTMAN LLP
Samuel E. Stubbs
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
713-276-7600

Dated: May 29, 2008

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this ____ day of May, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Samuel E. Stubbs
Pillsbury Winthrop Shaw Pittman LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
713-276-7600

Date: May 23, 2008

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on May 29, 2008, I served a copy of the foregoing Defendants Cingular Wireless, LLC, Cingular Wireless Corporation and New Cingular Wireless Services, Inc.'s Motion and Order for Admission *Pro Hac Vice* of Samuel E. Stubbs, as follows:

<u>Via E-Filing</u>
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
   *For St. Clair Intellectual Property*
   *Consultants, Inc.*

<u>Via E-Filing</u>
Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
   *For UTStarcom Inc.*

<u>Via First Class Mail</u>
D. Joseph English, Esquire
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20006-2166
   *For Audiovox Communications Corporation and*
   *Audiovox Electronics corporation*

<u>Via First Class Mail</u>
Linh Ha
BenQ America Corp.
2570 North First St., Suite 200
San Jose, CA 95131
   *For BenQ American Corporation*

<u>Via First Class International Mail</u>
157 Shan-ying Road, Gueishan,
Taoyuan 333
Taiwan F4 00000
   *For BenQ Corporation*

<u>Via First Class Mail</u>
Haidenauplatz 1, D-81667,
Munich, Federal Republic of Germany
   *For BenQ Mobile GMBH & Co.*

3

Via First Class Mail
Frank J. Nuzzi, Esquire
Senior Intellectual Property Counsel
Siemens Corporation
Intellectual Property Department
170 Wood Avenue South
Iselin, NJ 08830
    *For Siemens Corporation*

Via First Class International Mail
Wittelsbacherplatz 2, Munich D-80333
Federal Republic of Germany 19 00000
    *For Siemens AG*

Via First Class International Mail
Vodafone House, The Connection,
Newbury RG14 2FN, England
    *For Vodafone Group PLC*

Via First Class
Lee Lauridsen, Esquire
Senior Counsel
Sprint Nextel Corporation
6450 Sprint Parkway
Mailstop: KSOPHN0304-313503
Overland Park, KS 66251-6100
    *For Sprint Nextel Corporation*

Via First Class Mail
Henry B. Gutman, Esquire
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
    *For Verizon Communications Inc. and Cellco Partnership*

                                        */s/ Dominick T. Gattuso*
                                        Dominick T. Gattuso (# 3630)