# SEITZ, VAN OGTROP & GREEN, P.A.
### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

(302) 888-0600
FAX: (302) 888-0606

Writer's Direct Dial: (302) 888-7605
Writer's E-Mail Address: pmcgonigle@svglaw.com

May 30, 2008

**By Hand Delivery and Electronic Filing**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

Re:   *St. Clair v. Samsung Electronics et al.*, C.A. No. 04-1436-JJF
      *St. Clair v. Siemens AG et al.*, C.A. NO. 06-403-JJF

Dear Judge Farnan:

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") submits this letter in response to Defendants' joint letter filed in this action on May 28, 2008. As St. Clair informed Your Honor on May 16, 2008, there is no longer any basis for staying the case, as all of the pending matters among St. Clair, Eastman Kodak Company, Mirage Systems, Inc. and the inventors of the Roberts Patents, including the California action, are resolved and each of the points raised in Defendant's opposition papers has now been addressed. In light of Defendants' continued opposition and the new arguments made in Defendants' May 28, 2008 letter, however, St. Clair will renew its motion to lift the stay of the case and notice the hearing for the Court's July Motion Day. Consistent with the Court's directive at the April 11, 2008 hearing, St. Clair will submit a letter memorandum to update its present papers and respond to Defendant's new arguments by June 6, 2008.

Respectfully,

/s/ Patricia P. McGonigle
PATRICIA P. McGONIGLE (DE3126)

cc:   Clerk of Court (by hand and ECF)
      Counsel of Record (by ECF)