**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIEMENS AG, SIEMENS CORPORATION, )<br>BENQ CORPORATION, BENQ AMERICA )<br>CORPORATION, BENQ MOBILE GMBH & CO., )<br>AUDIOVOX COMMUNICATIONS )<br>CORPORATION, AUDIOVOX ELECTRONICS )<br>CORPORATION, UTSTARCOM, INC., SPRINT )<br>NEXTEL CORPORATION, CINGULAR )<br>WIRELESS L.L.C., CINGULAR WIRELESS )<br>CORPORATION, NEW CINGULAR WIRELESS )<br>SERVICES, INC., VERIZON COMMUNICA- )<br>TIONS INC., VODAFONE GROUP PLC, and )<br>CELLCO PARTNERSHIP, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-403-JJF<br><br>**JURY TRIAL DEMANDED** |

## RE-NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached Certificate of Service

PLEASE TAKE NOTICE that Plaintiff St. Clair Intellectual Property Consultants, Inc. hereby renews its *Motion to Lift the Stay in Litigation* (the "Motion") and seeks to present the Motion to the Court on Friday, **July 11, 2008 at 10:00 a.m.**

Dated: June 6, 2008

SEITZ, VAN OGTROP & GREEN

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600

- and -

65386v1

OF COUNSEL:
Ronald J. Schutz
Becky R. Thorson
Annie Huang
David B. Zucco
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**ST. CLAIR INTELLECTUAL PROPERTY**
**CONSULTANTS, INC.**

**CERTIFICATE OF SERVICE**

    I, Patricia P. McGonigle, Esquire, hereby certify that on this 6th day of June, 2008, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**RE-NOTICE OF MOTION**

    /s/ Patricia P. McGonigle
    _____
    Patricia P. McGonigle (ID No. 3126)
    pmcgonigle@svglaw.com

65387 v1