IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-403-JJF |
| v. | ) ) ) | |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as Delaware counsel for defendants Vodafone Group Plc and Cellco Partnership in the above action.

{00224062;v1}

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants Verizon Communications Inc., Vodafone Group Plc, and Cellco Partnership*

Dated: June 17, 2008

{00224062;v1}