IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIEMENS AG, SIEMENS CORPORATION, )<br>BENQ CORPORATION, BENQ AMERICA )<br>CORPORATION, BENQ MOBILE GMBH )<br>& CO., AUDIOVOX COMMUNICATIONS )<br>CORPORATION, AUDIOVOX ELECTRONICS )<br>CORPORATION, UTSTARCOM, INC., SPRINT )<br>NEXTEL CORPORATION, CINGULAR )<br>WIRELESS L.L.C., CINGULAR WIRELESS )<br>CORPORATION, NEW CINGULAR WIRELESS )<br>SERVICES, INC., VERIZON COMMUNICATIONS )<br>INC., VODAFONE GROUP PLC, and CELLCO )<br>PARTNERSHIP, )<br>)<br>Defendants. ) | C.A. No. 06-403-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Henry B. Gutman and Victor Cole to represent Vodafone Group Plc and Cellco Partnership in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check has already been submitted to cover the annual fee for the attorneys listed above, as they are admitted pro hac vice to represent Verizon Communications Inc. in this matter.

{00224022;v1}

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants Verizon Communications Inc., Vodafone Group Plc, and Cellco Partnership*

Dated: June 17, 2008

{00224022;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-403-JJF |
| v. | ) ) ) | |
| SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, BENQ MOBILE GMBH & CO., AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., SPRINT NEXTEL CORPORATION, CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Henry B. Gutman and Victor Cole to represent Vodafone Group Plc and Cellco Partnership in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00224022;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Henry B. Gutman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Dated: April 17, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ Victor Cole_____
Victor Cole
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Dated: April 16, 2008

111461.1