IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS AG, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-403 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel hereby moves the admission *pro hac vice* of Mark Supko and Clyde E. Findley of Crowell & Moring LLP to represent Sprint Nextel Corporation in this matter.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, counsel states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
  *Attorneys for Sprint Nextel Corporation*

OF COUNSEL:

Mark Supko
Clyde E. Findley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595

July 25, 2008

- 2 -

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____          _____
                                UNITED STATES DISTRICT JUDGE

2418345

- 2 -

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                          UNITED STATES DISTRICT JUDGE

2418345

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mark Supko, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7-23-08

*Mark Supko*
Mark Supko
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Phone: 202.624.2500
Fax: 202.628.5116

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Clyde E. Findley, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 25, 2008

Clyde E. Findley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Phone: 202.624.2500
Fax: 202.628.5116

2413566

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on July 25, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC. | Patricia Pyles McGonigle<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>**pmcgonigle@svglaw.com** |
| | George H. Seitz, III, Esq.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>**gseitz@svglaw.com** |
| | James S. Green, Esq.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>**jgreen@svglaw.com** |
| | Ronald J. Schutz, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**rjschutz@rkmc.com** |
| | Jake M. Holdreith, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**jmholdreith@rkmc.com** |
| | Becky R. Thorson, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**brthorson@rkmc.com** |
| | Busola A. Akinwale, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**baakinwale@rkmc.com** |
| | Seth A. Northrop, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>**sanorthrop@rkmc.com** |

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION | Matt Neiderman<br>DUANE MORRIS LLP<br>**mneiderman@duanemorris.com**<br><br>Aimee M. Czachorowski<br>DUANE MORRIS LLP<br>**amczachorowski@duanemorris.com**<br><br>Ryan T. Hardee<br>DUANE MORRIS LLP<br>**rthardee@duanemorris.com**<br><br>Joseph D. English<br>DUANE MORRIS LLP<br>**djenglish@duanemorris.com** |
| CINGULAR WIRELESS L.L.C., CINGULAR WIRELESS CORPORATION, NEW CINGULAR WIRELESS SERVICES INC. | Dominick T. Gattuso<br>PROCTOR HEYMAN LLP<br>**dgattuso@proctorheyman.com**<br><br>Kurt M. Heyman<br>PROCTOR HEYMAN LLP<br>**kheyman@proctorheyman.com**<br><br>Benjamin L. Kiersz<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>**benjamin.kiersz@pillsburylaw.com**<br><br>Christopher K. Dorsey<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>**christopher.dorsey@pillsburylaw.com**<br><br>Samuel E. Stubbs<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>**sam.stubbs@pillsburylaw.com**<br><br>William P. Atkins<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>**william.atkins@pillsburylaw.com**<br><br>Thomas H. Jackson<br>SMITH, GAMBRELL & RUSSELL, LLP<br>**tjackson@sgrlaw.com** |

| | |
|---|---|
| REPRESENTING UTSTARCOM INC. | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com**<br>**mbgeservice@mnat.com** |
| | James W. Parrett, Jr.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jparrett@mnat.com** |
| | JoAnna M. Esty<br>VENABLE LLP<br>**jmesty@venable.com** |
| | Tamany J. Vinson Bentz<br>VENABLE LLP<br>**tjbentz@venable.com** |
| VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, CELLCO PARTNERSHIP | Steven J. Balick<br>ASHBY & GEDDES<br>**sbalick@ashby.com** |
| | John G. Day<br>ASHBY & GEDDES<br>**jday@ashby.com** |
| | Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>**tlydon@ashby.com** |
| | Henry B. Gutman<br>SIMPSON THACHER & BARTLETT LLP<br>**hgutman@stblaw.com** |
| | Victor Cole<br>SIMPSON THACHER & BARTLETT LLP<br>**vcole@stblaw.com** |

*/s/ Mary B. Graham*

_____

Mary B. Graham (#2256)

2425759