IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, AUDIOVOX CORPORATION, AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., PERSONAL COMMUNICATIONS DEVICES, LLC, PANTECH & CURITEL COMMUNICATIONS, INC., PANTECH CO., LTD., PANTECH WIRELESS, INC., SPRINT NEXTEL CORPORATION, AT&T MOBILITY LLC (F/K/A CINGULAR WIRELESS L.L.C.), AT&T MOBILITY CORPORATION (F/K/A CINGULAR WIRELESS CORPORATION), NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),<br><br>Defendants. | **Civil Action No. 06-403-JJF-LPS** |

## NOTICE OF DISMISSAL OF DEFENDANT AUDIOVOX ELECTRONICS CORPORATION

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. voluntarily dismisses this action against Defendant Audiovox Electronics Corporation.

| | |
|---|---|
| Dated: May 5, 2009 | SEITZ, VAN OGTROP & GREEN |
| | /s/ *Patricia P. McGonigle* |
| *Of Counsel*: | George H. Seitz, III, Esq. (No. 667) |
| Ronald J. Schutz, Esq. | gseitz@svglaw.com |
| Becky R. Thorson, Esq. | Patricia P. McGonigle, Esq. (No. 3126) |
| Carrie M. Lambert, Esq. | pmcgonigle@svglaw.com |
| Annie Huang, Esq. | 222 Delaware Avenue, Suite 1500 |
| Seth A. Northrop, Esq. | P.O. Box 68 |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 888-0600 |
| 800 LaSalle Avenue | |
| Minneapolis, MN 55402 | ATTORNEYS FOR PLAINTIFF |
| | ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. |

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 5th day of May, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

70689 v1