# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, AUDIOVOX CORPORATION, AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., PERSONAL COMMUNICATIONS DEVICES, LLC, PANTECH & CURITEL COMMUNICATIONS, INC., PANTECH CO., LTD., PANTECH WIRELESS, INC., SPRINT NEXTEL CORPORATION, AT&T MOBILITY LLC (F/K/A CINGULAR WIRELESS L.L.C.), AT&T MOBILITY CORPORATION (F/K/A CINGULAR WIRELESS CORPORATION), NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),<br><br>Defendants. | Civil Action No. 06-403-JJF-LPS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and between the undersigned counsel, as follows:

1. Subject to the stipulations and representations made below, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") dismisses without prejudice Defendants Verizon Communications Inc. and Vodafone Group Plc (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A) from the above-captioned action.

2. In the event that St. Clair deems it necessary to add either Defendant back into this action as a party before the close of fact discovery under the Court's Scheduling Order (D.I. 68), the undersigned counsel for Defendants will accept service on behalf of Defendants or their successor(s) in interest.

3. This Stipulation will not be used by Defendants in connection with a motion to dismiss for lack of personal jurisdiction in the event that either Defendant is added back into this action as a party; provided, however, that nothing herein shall limit Defendants' rights to move to dismiss for lack of personal jurisdiction and/or for failure to state a claim.

4. Defendants will not file a declaratory judgment action against St. Clair relating to the patents-in-suit, unless as a counterclaim in the event Defendants are added back into this action as a party as described above.

5. The undersigned counsel for Defendants represents that:

(a) Defendants are both holding companies; as such, Defendants do not develop, make, sell, offer for sale, or import into the United States Defendant Cellco Partnership's wireless telecommunications products, nor do Defendants exert control over the day-to-day operations or day-to-day business decisions of Defendant Cellco Partnership (d/b/a Verizon Wireless); and

(b) Defendants do not control witnesses or documents related to the development, manufacture, sale, offer for sale, or import into the United States of Defendant Cellco Partnership's wireless telecommunications products and/or services.

6. Each party will bear its own costs related to St. Clair's dismissal of Defendants without prejudice.

| SEITZ, VAN OGTROP & GREEN | ASHBY & GEDDES |
|---|---|
| /s/ Patricia P. McGonigle | /s/ Tiffany Geyer Lydon |
| George H. Seitz, III, Esq. (No. 667)<br>gseitz@svglaw.com<br>Patricia P. McGonigle, Esq. (No. 3126)<br>pmcgonigle@svglaw.com<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600 | John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com |

OF COUNSEL:

Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Busola A. Akinwale, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

Dated: May 12, 2009.

OF COUNSEL:

Henry B. Gutman, Esq. (admitted *pro hac vice*)
Victor Cole, Esq. (admitted *pro hac vice*)
SIMPSON THATCHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Verizon Communications Inc., Vodafone Group Plc and Cellco Partnership (d/b/a Verizon Wireless)*

Dated: May 12, 2009.

SO ORDERED this _____ day of _____ 2009.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 12th day of May, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

70803 v1