IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, AUDIOVOX CORPORATION, AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., PERSONAL COMMUNICATIONS DEVICES, LLC, PANTECH & CURITEL COMMUNICATIONS, INC., PANTECH CO., LTD., PANTECH WIRELESS, INC., SPRINT NEXTEL CORPORATION, AT&T MOBILITY LLC (F/K/A CINGULAR WIRELESS L.L.C.), AT&T MOBILITY CORPORATION (F/K/A CINGULAR WIRELESS CORPORATION), NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),<br><br>Defendants. | **Civil Action No. 06-403-JJF-LPS** |

**NOTICE OF DISMISSAL OF DEFENDANTS
AT&T MOBILITY LLC (F/K/A CINGULAR WIRELESS L.L.C.),
AT&T MOBILITY CORPORATION (F/K/A CINGULAR WIRELESS
CORPORATION), AND NEW CINGULAR WIRELESS SERVICES, INC.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. voluntarily dismisses this action against Defendants AT&T Mobility LLC (f/k/a Cingular Wireless L.L.C.), AT&T Mobility Corporation (f/k/a Cingular Wireless Corporation, and New Cingular Wireless Services, Inc.

Dated: May 15, 2009.

*Of Counsel*:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

SEITZ, VAN OGTROP & GREEN

_____
George H. Seitz, III, Esq. (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esq. (No. 3126)
pmcgonigle@svglaw.com
Jared T. Green, Esq. (No. 5179)
jtgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 15th day of May, 2009, I electronically filed the foregoing *Notice of Dismissal* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

70856 v1