# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>              Plaintiff,<br><br>    v.<br><br>SIEMENS AG, SIEMENS CORPORATION, BENQ CORPORATION, BENQ AMERICA CORPORATION, AUDIOVOX CORPORATION, AUDIOVOX COMMUNICATIONS CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, UTSTARCOM, INC., PERSONAL COMMUNICATIONS DEVICES, LLC, PANTECH & CURITEL COMMUNICATIONS, INC., PANTECH CO., LTD., PANTECH WIRELESS, INC., SPRINT NEXTEL CORPORATION, AT&T MOBILITY LLC (F/K/A CINGULAR WIRELESS L.L.C.), AT&T MOBILITY CORPORATION (F/K/A CINGULAR WIRELESS CORPORATION), NEW CINGULAR WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VODAFONE GROUP PLC, and CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),<br><br>              Defendants. | **Civil Action No. 06-403-JJF-LPS** |

## NOTICE OF DISMISSAL OF DEFENDANT SPRINT NEXTEL CORPORATION

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. voluntarily dismisses this action against Defendant Sprint Nextel Corporation.

Dated: May 15, 2009.

*Of Counsel*:
Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

SEITZ, VAN OGTROP & GREEN

_____
George H. Seitz, III, Esq. (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esq. (No. 3126)
pmcgonigle@svglaw.com
Jared T. Green, Esq. (No. 3179)
jtgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 15th day of May, 2009, I electronically filed the foregoing *Notice of Dismissal* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

70856 v1